# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ADAN CRUZ FLORES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>P.D. BRAZELTON,<br><br>　　　　Respondent.<br>_____ | Case No. SA CV 13-1479-VAP (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Judgment will be entered denying the Petition and dismissing this action with prejudice.

DATED: _August 25, 2014_____　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE