JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ADAN CRUZ FLORES,<br>Petitioner,<br>v.<br>P.D. BRAZELTON,<br>Respondent. | Case No. SA CV 13-1479-VAP (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: _August 25, 2014___

*Virginia A. Phillips*

_____

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE